O-7340

**OPINION WITHDRAWN
& NOT REISSUED**